Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Houston DIVISION

United States Courts
Southern District of Texas
FILED
APR 22 2005
Michael N. Milby, Clerk

John Singer

versus

Cisco Inc,
1702 Townhurst
Hou, TX 77043

§
§
§
§
§
§
§
§

CIVIL ACTION NO.
H-05-1435

EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This action is brought under Title VII of the Civil Rights act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section §2000e-5.

2.  The plaintiff is: John Singer

    Address: 2422 Blackridge
    Houston, Texas 77067

    County of Residence: Harris

3.  The defendant is: Cisco Inc

    Address: 1702 Townhurst
    Hou, TX 77043

☐  Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on _10-15.2004_ with the Equal Employment Opportunity Commission.

5. On the date of _1.24.05_, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

   (a) ☐ race

   (b) ☐ color

   (c) ☑ sex

   (d) ☐ religion

   (e) ☐ national origin,

   the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☑ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☐ other: _____

   _____

   _____

7. When and how the defendant has discriminated against the plaintiff:
   _See page 1 and page 2_
   _____
   _____

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☐ to _____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: _2422 BlackRidge_
_Hou, TX 77067_

Telephone: _281 5377436_



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Houston District Office

Mickey Leland Federal Building
1919 Smith Street, 7ᵗʰ Floor
Houston, TX 77002-8049
(713) 209-3320
TTY (713) 209-3439
FAX (713) 209-3381

October 15, 2004

John Singer
2422 Blackridge Road
Houston, Texas 77067

Re:   Singer v. CISCO, Inc.
      Charge No : 330-2005-00224

Dear Mr. Singer:

This is to acknowledge your inquiry of employment discrimination against the above employer. The information you provided indicates that your charge, enclosure (1), is subject to one or more of the laws enforced by the Equal Employment Opportunity Commission (EEOC): Equal Pay Act of 1964, as amended, Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, and/or the Americans with Disabilities Act of 1990.

Therefore, a charge was prepared for your signature. It is requested that any changes to the face of the charge be approved by the EEOC Representative. If the charge is correct, you should have your **signature notarized** on the bottom right side of the charge form. You should immediately, return **within (10) days** to:

Charge Receipt Supervisor
Houston District Office-EEOC
1919 Smith Street (7ᵗʰ Floor)
Houston, TX 77002-8049

The Commission's regulations require that you notify this office of any change in address and keep us informed of any prolonged absence from your current address. BECAUSE WE ARE UNABLE TO INVESTIGATE FURTHER WITHOUT A SIGNED CHARGE, YOUR CHARGE MAY BE DISMISSED IN 10 DAYS IF A SIGNED COPY IS NOT RETURNED. IF WE HAVE NOT HEARD FROM YOU OR YOUR REPRESENTATIVE WITHIN 10 DAYS OF THIS LETTER, WE WILL ASSUME THAT THERE IS NO INTENTION TO FILE A CHARGE OF DISCRIMINATION WITH US.

Sincerely,

*Beatrice Wallace* for
Ronald G. Wideman
Charge Receipt Supervisor

Enclosure
(1) Charge of Discrimination (EEOC Form 5)

RGW/mb

HELLO MY NAME IS JOHN SINGER AND I WORKED FOR CISCO INC 1702 TOWNHURST HOUSTON TEXAS 77043 SINCE 7/2002 YOLANDA JEFFERSON HAS BEEN STEADY LOOKING AT ME IN A SEXUAL WAY EVERYDAY SO I INFORMED MY SUPEVISOR VERONICA GOINS THAT YOLANDA JEFFERSON HAS BEEN STARING AND WATCHING ME SEXUALLY AT LEAST 10 TIMES A DAY EVERYDAY AND HER REPLY WAS I DO NOT WANT JOHN SINGER BECAUSE HE HAS LITTLE FEET AND MEN WITH LITTLE FEET HAS SMALLS DICKS I LIKE A MAN WITH BIG FEET CAUSE THEY HAVE BIG DICKS AND I LIKE BIGS DICKS I WAS OUTSIDE WITH VERIONCA GOINS THE SUPERVISOR AND MICHELLE HOWARD THE LEGAL/COLLECTION SUPERVISOR.
VERIONCA GOINS INFORMED THE MGR JOYCE WILLIAMS OF THE SEXUAL WAYS OF YOLANDA JEFFERSON.

I DID NOT PRESS THE ISSUE THEN AROUND 8/2004
THEN JOYCE WILLIAMS DEMOTED ME CHANGE MY OFFICE AND CHANGED MY FILE AND SAT ME RIGHT BY THE BACK DOOR AND DECREASED MY FILES AND HAD MGR STAFF VERIONCA GOINS AND THOMAS KUROWSKI WRITE ME UP WHEN MGMT DECREASED MY WORKED LOAD.
AND I HAVE BEEN EMPLOYED SINCE 7/2002 WITH NO PROMBLEMS. ALSO MRS GOINS HAS BEEN HARRASSING ME AND ALL THE MALE EMPLOYEES AT CISCO ONE DAY I WENT TO MY FORMER DESK TO PICK UP SOME SUPPIES AND MRS GOINS STARTED HOLLERING AND SCREAMING JOHN GET AWAY FROM THIS SIDE MGMT DO NOT WANT YOU HERE SHE SCREAMING LOUD AND SLAMMING HER OFFICE DOOR.
AND VERA THOMAS,STACIE DAVIS,TALEIKA SMITH,RON GENTRY, ALL HEARD HER OUTBURST. VERIONCA GOINS HAS BEEN HARRASSING ME EVERY SINCE JOYCE WILLAMS MADE HER A SUPERVISOR OVER ME AND I NEVER HAD A PROMBLEM UTILL MRS GOINS TOOK OVER AND I BEEN THERE FOR 2 YEARS WITH NO PROMBLEMS.THEN ON MY LAST DAY SHE SAID SEE YOU LATER YOU AND YOUR MERCEDES BENZ.

JOHN SINGER ___/s/ John Singer___
DATE 10/14/2004

PAGE 1

# Fax Cover Sheet

| | |
|---|---|
| Send to: Sharon McElroy | From: John Singer |
| Company or Organization: EEOC | Phone Number: 281.537.7436 |
| Department: C#330.2005.00224 | Date: 1.3.04 |
| Fax Number: 713.209.3381 | |

TOTAL PAGES, INCLUDING COVER: 1

Comments: Mrs McElroy

Joyce Williams my Mgr had me to train Veronica Goings on the (BMC) Accounts which I had worked on for 2 years. Then she moved me to different file. With only 70 Accts to call. I am sending you the back up where I hit my Budget every month. Then demoted me and moved me Right by the Back door. Mrs V. Goings has been Harassing me every since they made her a Supervisor over me. I have been working there for 2 years with no promotions at all.

1.3.04                                                    John Singer

NOTE: The WorkSource helps businesses solve their workforce-related problems and area residents build careers so both can compete in the global economy. This fax cover sheet is provided for the general use of customers in our 36 local career offices. It does not represent a referral from The WorkSource to any particular business or job opening.

PAGE 2

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: John Singer
2422 Blackridge Rd.
Houston, TX 77067

From: Houston District Office
1919 Smith St, 7th Floor
Houston, TX 77002

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 330-2005-00224 | Javier Chacon, Deputy Director | (713) 209-3376 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____  1/24/05
Michael C. Fetzer,       (Date Mailed)
Acting Director

Enclosure(s)

cc: Joyce Williams
Director, Commercial & Legal Collections
CISCO, INC.
1702 Townhurst
Houston, TX 77043

TWC- Civil Rights Division
P.O. Box 13006
Austin, TX 78723-3006

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>330-2005-00224 |
|---|---|---|

**Civil Rights Division, Texas Workforce Division** ___ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>John Singer | Home Phone No. (Incl Area Code)<br>(281) 537-7436 | Date of Birth<br>02-13-1960 |
|---|---|---|
| Street Address<br>2422 Blackridge Rd. | City, State and ZIP Code<br>Houston, TX 77067 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>CISCO, INC | No. Employees, Members<br>101 - 200 | Phone No. (Include Area Code)<br>(713) 461-9407 |
|---|---|---|
| Street Address<br>1702 Townhurst, | City, State and ZIP Code<br>Houston, TX 77043 | |
| Name | No Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 07-01-2002   Latest: 09-15-2004<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**I. Since July, 2002 and continuing until about August, 2004, I have been subjected to sexual harassment by Yolanda Jefferson, who is a co-worker. Ms. Jefferson has sexually harassed me by staring at me and watching me in a openly sexual way. Whenever she passes my office, which is on a daily basis, she would look at me in this manner. In August, 2004, I could no longer tolerate the harassment, so I reported it to my supervisor, Ms. Veronica Goins. Ms. Goins met with both of us and confronted Ms. Jefferson about the harassment. Ms. Jefferson then made an extremely vulgar comment about men and the size of their penises. Ms. Goins heard the remark and did nothing about it. To the best of my knowledge, the matter was not investigated nor was any action taken against Ms. Jefferson. Shortly after reporting the sexual harassment, I was demoted from my position of Team Leader and on September 15, 2004, I was terminated.**

**II. The company stated that I was terminated because my performance was not up to par. I believe that I was demoted and terminated in retaliation for complaining about sexual harassment.**

**III. I believe that I have been discriminated against because of my sex, male and retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date       Charging Party Signature | |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Houston District Office

Mickey Leland Federal Building
1919 Smith Street, 7th Floor
Houston, TX 77002-8049
(713) 209-3320
TTY (713) 209-3439
FAX (713) 209-3381

October 15, 2004

John Singer
2422 Blackridge Road
Houston, Texas 77067

Re:   Singer v. CISCO, Inc.
      Charge No : 330-2005-00224

Dear Mr. Singer:

This is to acknowledge your inquiry of employment discrimination against the above employer. The information you provided indicates that your charge, enclosure (1), is subject to one or more of the laws enforced by the Equal Employment Opportunity Commission (EEOC):   Equal Pay Act of 1964, as amended, Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, and/or the Americans with Disabilities Act of 1990.

Therefore, a charge was prepared for your signature. It is requested that any changes to the face of the charge be approved by the EEOC Representative. If the charge is correct, you should have your **signature notarized** on the bottom right side of the charge form. You should immediately, return **within (10) days** to:

Charge Receipt Supervisor
Houston District Office-EEOC
1919 Smith Street (7th Floor)
Houston, TX 77002-8049

The Commission's regulations require that you notify this office of any change in address and keep us informed of any prolonged absence from your current address. BECAUSE WE ARE UNABLE TO INVESTIGATE FURTHER WITHOUT A SIGNED CHARGE, YOUR CHARGE MAY BE DISMISSED IN 10 DAYS IF A SIGNED COPY IS NOT RETURNED. IF WE HAVE NOT HEARD FROM YOU OR YOUR REPRESENTATIVE WITHIN 10 DAYS OF THIS LETTER, WE WILL ASSUME THAT THERE IS NO INTENTION TO FILE A CHARGE OF DISCRIMINATION WITH US.

Sincerely,

Beatrice Wallace
for Ronald G. Wideman
Charge Receipt Supervisor

Enclosure
(1) Charge of Discrimination (EEOC Form 5)

RGW/mb

HELLO MY NAME IS JOHN SINGER AND I WORKED FOR CISCO INC 1702 TOWNHURST HOUSTON TEXAS 77043 SINCE 7/2002 YOLANDA JEFFERSON HAS BEEN STEADY LOOKING AT ME IN A SEXUAL WAY EVERYDAY SO I INFORMED MY SUPEVISOR VERONICA GOINS THAT YOLANDA JEFFERSON HAS BEEN STARING AND WATCHING ME SEXUALLY AT LEAST 10 TIMES A DAY EVERYDAY AND HER REPLY WAS I DO NOT WANT JOHN SINGER BECAUSE HE HAS LITTLE FEET AND MEN WITH LITTLE FEET HAS SMALLS DICKS I LIKE A MAN WITH BIG FEET CAUSE THEY HAVE BIG DICKS AND I LIKE BIGS DICKS I WAS OUTSIDE WITH VERIONCA GOINS THE SUPERVISOR AND MICHELLE HOWARD THE LEGAL/COLLECTION SUPERVISOR.
VERIONCA GOINS INFORMED THE MGR JOYCE WILLIAMS OF THE SEXUAL WAYS OF YOLANDA JEFFERSON.

I DID NOT PRESS THE ISSUE THEN AROUND 8/2004
THEN JOYCE WILLIAMS DEMOTED ME CHANGE MY OFFICE AND CHANGED MY FILE AND SAT ME RIGHT BY THE BACK DOOR AND DECREASED MY FILES AND HAD MGR STAFF VERIONCA GOINS AND THOMAS KUROWSKI WRITE ME UP WHEN MGMT DECREASED MY WORKED LOAD.
AND I HAVE BEEN EMPLOYED SINCE 7/2002 WITH NO PROMBLEMS. ALSO MRS GOINS HAS BEEN HARRASSING ME AND ALL THE MALE EMPLOYEES AT CISCO ONE DAY I WENT TO MY FORMER DESK TO PICK UP SOME SUPPIES AND MRS GOINS STARTED HOLLERING AND SCREAMING JOHN GET AWAY FROM THIS SIDE MGMT DO NOT WANT YOU HERE SHE SCREAMING LOUD AND SLAMMING HER OFFICE DOOR.
AND VERA THOMAS,STACIE DAVIS,TALEIKA SMITH,RON GENTRY, ALL HEARD HER OUTBURST. VERIONCA GOINS HAS BEEN HARRASSING ME EVERY SINCE JOYCE WILLAMS MADE HER A SUPERVISOR OVER ME AND I NEVER HAD A PROMBLEM UTILL MRS GOINS TOOK OVER AND I BEEN THERE FOR 2 YEARS WITH NO PROMBLEMS.THEN ON MY LAST DAY SHE SAID SEE YOU LATER YOU AND YOUR MERCEDES BENZ.

JOHN SINGER _____ /s/ John Singer _____
DATE 10/14/2004

PAGE 1

# Fax Cover Sheet

| | |
|---|---|
| **Send to:** Sharon McElroy | **From:** John Singer |
| **Company or Organization:** EEOC | **Phone Number:** 281-537-7436 |
| **Department:** CLC# 330.2005.00224 | **Date:** 1-3-04 |
| **Fax number:** 713-209-3381 | |

TOTAL PAGES, INCLUDING COVER: 1

Comments: Mrs McElroy

Joyce Williams my Mgr had me to train Veronica Goins on the (BMC) Accounts which I had work in for 2 years Then she moved me to different file, with only 70 Accts to call. I am sending you the back up where I hit my budget every month. Then demoted me and moved me right by the back door. Mrs V. Goins has been harassing me every since they made her a supervisor over me. I have been working there for 2 years with no problems at all.

1-3-04                           John Singer

NOTE: The WorkSource helps businesses solve their workforce-related problems and area residents build careers so both can compete in the global economy. This fax cover sheet is provided for the general use of customers in our 36 local career offices. It does not represent a referral from The WorkSource to any particular business or job opening.

page 2

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
John Singer

**DEFENDANTS**
Cisco Inc

**(b) County of Residence of First Listed Plaintiff** Harris
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** Harris
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

United States Courts
Southern District of Texas
FILED
APR 22 2005

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
N/A

H-05-1435

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U S Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret Inc Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 4.22.05
SIGNATURE OF ATTORNEY OF RECORD
John Singer

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____